# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-2910

National Parks Conservation Association, et al.

Petitioners

v.

Gina McCarthy, Administrator, United States Environmental Protection Agency and United States Environmental Protection Agency

Respondents

No: 12-3481

National Parks Conservation Association, et al.

Petitioners

v.

Gina McCarthy, Administrator, United States Environmental Protection Agency and United States Environmental Protection Agency

Respondents

------------------------------------------------------------

Petition for Review of an Order of the Environmental Protection Administration
(R05-OAR-2010-0037)
(EPA-R05-OAR-2010-0037)
(EPA-R03-OAR-2012-0394)

------------------------------------------------------------

**ORDER**

Petitioners' petition for rehearing by the panel has been considered by the Court and is granted. The opinion and judgment of this Court filed on January 21, 2016 are vacated.

March 10, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans